1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

SYLVIA ORNALES CHAVEZ,                )          1:09cv01579 DLB
10                                      )
                 Plaintiff,             )          ORDER GRANTING
11                                      )          EXTENSION OF TIME
                                        )
12                                      )          (Document 12)
           vs.                          )
13                                      )
MICHAEL J. ASTRUE, Commissioner of      )
14  Social Security,                    )
                                        )
15                 Defendant.           )
  _____)

16

          On April 8, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an

17

extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening

18

brief SHALL be filed on or before May 7, 2010.  Defendant's opposition, if any, shall be filed on or

19

before June 7, 2010.

20

          IT IS SO ORDERED.

21

          **Dated:   April 9, 2010**                    **/s/ Dennis L. Beck**
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                              1