Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Sylvia Ornales Chavez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SYLVIA ORNALES CHAVEZ, ) | Case No.: 1:09-cv-1579 DLB |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:     May 7, 2010

                                  __/s/ Dennis L. Beck_____
                                  THE HONORABLE DENNIS L. BECK
                                  UNITED STATES MAGISTRATE JUDGE